and argument would not aid the decisional process.

*DISMISSED.*

**Kevin L. CHOICE, Plaintiff–Appellant,**

v.

**Cozette JACOBS; Sprint Telephone Company, Defendants– Appellees.**

No. 01–6444.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Kevin L. Choice, pro se. Terry B. Millar, Terry B. Millar, L.L.C., Rock Hill, SC; Brant Mitchell Laue, Armstrong Teasdale, L.L.P., Kansas City, MO, for appellees.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Kevin L. Choice, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court accepting the recommendation of the magistrate judge. *See Choice v. Jacobs,* No. CA–00–1514–0–18BC (D.S.C. Feb. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Michael J. SINDRAM, Plaintiff– Appellant,**

v.

**J.M. VANYUR, Warden, Defendant– Appellee.**

**Michael J. Sindram, Plaintiff– Appellant,**

v.

**J.M. Vanyur, Warden, Defendant– Appellee.**

Nos. 01–6471, 01–6787.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Michael J. Sindram, pro se. Jerri Ulrica Dunston, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

In these consolidated appeals, Michael J. Sindram appeals from the district court's orders and judgment granting summary judgment to John M. Vanyur and dismissing his civil rights complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sindram v. Vanyur*, No. CA–98–857–5–H (E.D.N.C. Mar. 1, 2001 & Apr. 3, 2001). We deny Sindram's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*